IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE SHIPMAN, III,

    Petitioner,

    v.

CLINTON PERRY,

    Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-607-TWT

## ORDER

This is a habeas corpus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the Petition. The Petitioner's Objections to the Report and Recommendation are without merit. The state habeas corpus court did not err in finding that the Petitioner had not shown that he would have gone to trial but for counsel's ineffective representation. There was no prosecutorial misconduct. It is not grounds for habeas relief that the prospect of getting convicted of the crimes put the Petitioner in an "untenable" position. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED. No Certificate of Appealability will be issued.

T:\ORDERS\18\Shipman\r&r.wpd

SO ORDERED, this 19 day of July, 2018.


                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge